against the employer. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of STEPHEN MINARICK, Respondent, against ROCKLAND FINISHING Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of KATE MONDSCHEIN, Respondent. against HOFFMAN BAKING COMPANY, Appellant, and STATE INSURANCE FUND. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of STATE TREASURER and COMMISSIONER · OF TAXATION AND FINANCE, on Account of the Death of JOHN HENLE, Respondent, against ASTORIA IMPORTING & MANUFACTURING Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed. with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of STELLA RYDZYNSKI, Respondent, against KENSINGTON DAVIS COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed. with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of GRACE MEADE. Respondent, against JOSEPH L. BEACH and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of LEWIS F. MOREY, Respondent, against THE ALLENDALE SCHOOL, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of A. FRED CARLSON, Respondent, against PROUDFIT CLOTHING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of ROSE LASHER, Respondent, against ` PRIMO PRODUCING COMPANY, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.*— Award affirmed, with costs to the State Industrial Board, on the authority of *Matter of Norris* v. *N. Y. C. R. R. Co.* (246 N. Y. 307); *Domres* v. *Syracuse Safe Co.* (211 App. Div. 823; affd., 240 N. Y. 611); *Bountiful Brick Co.* v. *Giles* (276 U. S. 154, 158). Van Kirk, P. J., Hill and Hasbrouck, JJ., concur; Davis and Whitmyer, JJ., dissent and vote to reverse and remit, on the ground that it is evident from the record that the period of labor of the deceased employee had not yet begun, and that the accident did not occur in the course of any of the duties he was directed or called upon to perform; that the testimony of the union organizer, Rothenstein, was not based upon facts within his knowledge, but upon hearsay, opinions and conclusions; it, therefore, furnished no corroboration of the alleged declarations of the decedent, or the basis of a finding that the accidental

---

* Affd., 252 N. Y. 623.

injuries arose out of and in the course of the employment. (*Matter of Case*, 214 N. Y. 199.)